

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00398-CV

Alma L. **GOMEZ** and Alberto F. Gomez, Individually and as Next Friend of Jorge Elias Gomez,
a Deceased Minor, and on Behalf of the Estate of Jorge Elias Gomez, a Deceased Minor, and
Yolanda Medellin, Individually and as Next Friend of Jesus Medellin,
Appellants

v.

**AMERICAN HONDA MOTOR CO., INC.,**
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-02-26254-MCV
Honorable Fred Shannon,[1] Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. Costs of the appeal are taxed against appellants Alma L. Gomez and Alberto F.
Gomez, Individually and as Next Friend of Jorge Elias Gomez, a Deceased Minor, and on Behalf
of the Estate of Jorge Elias Gomez, a Deceased Minor, and Yolanda Medellin, Individually and as
Next Friend of Jesus Medellin.

SIGNED April 22, 2015.

_____
Rebecca Martinez, Justice

---

[1] Sitting by assignment.